**EXHIBIT A**

S.Clair

Attachment B/Part 1
FCI/FDC Milan, Michigan
**Attempt at Informal Resolution**

REMEDY # _____

Inmate's Name: JOSEPH GALE

Registration Number: # 39328068            Housing Unit: B -**UNIT**

**ATTEMPT AT INFORMAL RESOLUTION:**

1. Briefly state the complaint and requested corrective actions.

FSA Must be granted by the BOP and failure to do so when FSA language states the BoP should is abuse of discretion. See Warden Bowers case Borker v. Warden Bowers, Civ. case No. 24-10045-LTS LEXIS 88869 (May 15, 2024) which points out that Pre designation is FSA eligible time. The BoP Should award Me MY Pre-designation FSA time and my Pre-trial FSA eligible time since I was not refusing Programs and I did work a job in prison Pre-trial. I Programmed as Much as I could.

2. Document your efforts to resolve the matter to include policies reviewed.
   Note any reasons an informal resolution could not be achieved.

I was told by St. Clair, after talking to him about getting my Pre-trial and Post trial FSA (before designation) that I should file Admin. resolution because the BoP would not fix this issue.

Inmate Signature: _____        Date 7-30-24
Inmate Printed Name: JOSEPH GALE
Unit Counselor Signature: _____  Date: 8-1-24
Unit Counselor Printed Name: St Clair

*MUST SUBMIT DIRECTLY TO ^UNIT TEAM^ TO PROCESS.

Unable to Resolve At Local level