U.S. Department Of Justice

Federal Bureau of Prisons

Request For Administrative Remedy

8-01-2024

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Gale          Joseph          39 328-068   B2   FCI Milan
 LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

**Part A- INMATE REQUEST** I disagree with the decision to refuse Me FSA eligibility till after I was designated. MY FSA Must start the day I get Sentenced. See Borker V. Warden Bowers 2024 U.S. Dist. LEXIS 88869 Civ. No. 24-10045-LTS (May 15, 2024) * [a] term of imprissonment commences on the date the prisoner is received into custody". See 18 U.S.C. §3585 (a).

 Borker, and it's Progeny, Make Clear that a Prisoner's FSA starts When a Prisoner is received into Custody, and NOT When he is designated. Therefore, I should be awarded My FSA from before I was designated but after I was received.

8-01-2024
DATE

_____
SIGNATURE OF REQUESTER

**Part B - RESPONSE**

EXHIBIT B

RECEIVED
AUG 14 2024
BY:_____

* Please see the attached response.

_____
DATE

_____
WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE          CASE NUMBER: 1209085-F1

**Part C - RECEIPT**

          CASE NUMBER: _____

Return to: _____
 LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

SUBJECT: _____

_____
DATE

_____
RECIPIENT'S SIGNATURE (STAFF MEMBER)

FPI-PEPR          PRINTED ON RECYCLED PAPER          BP-229(13)
APRIL 1982