EXHIBIT C

**BP-229 RESPONSE**                                    **CASE NUMBER: 1209085-F1**

Your Request for Administrative Remedy (BP-229), dated August 1, 2024, has been reviewed. You are requesting a recalculation of your Federal Time Credits (FTC).

A review of the issue(s) you raise in your BP-229 has been conducted. You claim that the number of FTC's that you have been awarded is inaccurate due to you not being given credit from the date of sentencing. First Step Act of 2018 – Time Credits: Procedures for Implementation of 18 U.S.C. § 3632(d)(4) states "Because the ability to accrue time credits begins **after the inmate's current term of incarceration begins (e.g., the date the inmate arrives at or voluntary surrenders to their initially designated Bureau facility to serve their sentence)**, an inmate cannot earn FTC's during pretrial confinement, nor can they earn credits based on a prior incarceration. Further, an inmate cannot earn FTC's when not in Bureau custody, including when in U.S. Marshals Service custody prior to arriving at their designated facility, regardless of where they are housed; or once released to their supervised release term".

Accordingly, your request for Administrative Remedy is denied. In the event you are not satisfied with this response and wish to appeal, you may do so within 20 calendar days of the date of this response by submitting a BP-230(13) to the Regional Director, Federal Bureau of Prisons, North Central Regional Office, Gateway Complex Tower II, 8th Floor, 400 State Avenue, Kansas City, Kansas 66101-2492.

_____                      _8/26/2024_
E. Rardin, Warden                              Date