U.S. Department of Justice

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

| From: | GALE JOSEPH | 39328-068 | B2 | FCI-MILAN |
|---|---|---|---|---|
| | LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

Part A - REASON FOR APPEAL     VIOLATION OF DUE PROCESS -- FSA ELIGIBILITY WRONGFULLY DENIED

I disagree with the response CASE NUMBER: 1209085-F1 because pursuant to the plain language of the FSA, I am eligible to accrue time credits both pre-trial and post trial before designation.

According to a plain reading of 18 U.S.C. 3632(d)(4) and Section 1010 of the First Step Act Program statement number: 5410.01 approved by Colette S. Petters, any inmate who successfully participates in Evidence Based Recidivism Reduction (EBRR) Programs or Productive Activities (PA)s may earn FSA time credits to be applied toward First Step Act of 2018. See Pub. L. 115-391 Dec. 21 2018, 132 Stat. 5194 (FSA)

CASELAW CLEARLY SUPPORTS GRANTING ME FSA CREDIT PRE-DESIGNATION

Borker v. Waarden Bowers, Civ. case No. 24-10045-LTS LEXIS 88869 (May 15, 2024) (FSA plainly requires that a prisoner 'shall' earn time credits at the rate described... after the person's 'sentence commences.' Doc. No. 20 at 8 (quoting 18 U.S.C. §3632(d)(4)(A)(i.) and Yufenyuy v. Warden, FCI Berlin, 659 F. Supp. 3d 213, 217-18 (D.N.H. 2023))(FSA permitted to earn time credits "in custody awaiting transport" to designated facility.)

Under CHEVRON/LOPEZ the BOP can no longer define FSA eligibility, but only the courts can. THEREFORE, denying me FSA pre-designation is arbitrary and capricious and VIOLATES DUE PROCESS.

_____     _____
DATE                                      SIGNATURE OF REQUESTER

Part B - RESPONSE

EXHIBIT D

_____     _____
DATE                                      REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE                    CASE NUMBER: _____

Part C - RECEIPT

CASE NUMBER: _____

Return to: _____
            LAST NAME, FIRST, MIDDLE INITIAL       REG. NO.       UNIT       INSTITUTION

SUBJECT: _____

_____     _____
DATE                                      SIGNATURE, RECIPIENT OF REGIONAL APPEAL

UPN LVN                                                                          BP-230(13)