



9589 0710 5270 0725 3436 49

CERTIFIED MAIL

Joseph Gale
ID 393 28068
FCI Milan P.O. Box 1000
Milan, MI
48160

United States Post Office
And Courthouse
700 Grant St., Room 3110
Pittsburgh, PA
15219-1906