IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) 2:19-CR-12 |
| | ) 2:20-CR-40 |
| JOSEPH T. GALE, | ) 2:24-CV-1605 |
| | ) |
| Defendant. | ) |

## ORDER

Defendant Joseph T. Gale has filed a motion with the Court seeking time credits under the First Step Act. Mr. Gale contends that, under 18 U.S.C. § 3632(d)(4), he is entitled to First Step Act credits for work that he performed for the Bureau of Prisons and programming that he completed both while he was detained pending the disposition of his case and following the imposition of his sentence but before arriving at his designated facility. ECF 120, pp. 1-2.[1] He claims that the BOP denied him credits that he was entitled to. *Id.*

Since Mr. Gale is challenging BOP's calculation of his earned-time credit, the Court will construe his motion as a petition for habeas corpus under 28 U.S.C. § 2241, as his motion "is an attack on the execution of his sentence by the BOP." *United States v. Parker*, No. 01-248, 2019 WL 2005652, at *1 (M.D. Pa. May 7, 2019); *see also Poulson v. Warden, FCI Schuylkill*, No. 19-17642, 2019 WL 5734110 (D.N.J. Nov. 5, 2019) ("Because calculation of good time credits and earned time credits affect the duration of a prisoner's sentence, challenges to the BOP's calculation of credits may be brought under § 2241.").

The Court finds that it lacks jurisdiction. Mr. Gale must file his petition in the judicial district where he is incarcerated—FCI Milan, which is in the Eastern District

---

[1] All cites to the record refer to Case No. 19-cr-12.

of Michigan. ECF 122, p. 1; *United States v. Sheppard*, 742 F. App'x 599, 601 (3d Cir. 2018) ("A petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 must be bought in the district where the prisoner is confined and the prisoner must name the custodian at the facility where he is being held as the respondent.").

As this Court lacks jurisdiction over Mr. Gale's motion, the Court has the option to either dismiss the motion without prejudice (to allow Mr. Gale to file a Section 2241 habeas petition in the Eastern District of Michigan) or transfer the motion, "in the interest of justice," to a court having jurisdiction. 28 U.S.C. § 1631.

In the interest of justice, the Court hereby **DIRECTS** the Clerk of this Court to transfer this case to the United States District Court for the Eastern District of Michigan forthwith.[2]

Date: November 19, 2024                    BY THE COURT:

                                           /s/ *J. Nicholas Ranjan*
                                           United States District Judge

cc:
Joseph Gale
USMS No. 39328-068
FCI Milan
P.O. Box 1000
Milan, MI 48160

---

[2] The Court makes no ruling on whether Mr. Gale has exhausted his administrative remedies, as this issue is better addressed by the transferee court. *Poulson*, 2019 WL 5734110, at *2 n.2.