UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Joseph T. Gale,

                    Petitioner(s),

v.                                        Case No. 2:24–cv–13127–LJM–CI
                                                     Hon. Laurie J. Michelson

Warden FCI Milan,

                    Respondent(s),

## ORDER REQUIRING RESPONSE

The following document has been filed:

        Petition for Writ of Habeas Corpus – #1

IT IS HEREBY ORDERED that Eric Rardin shall file a response to the above document on or before January 10, 2025. The response shall be filed in accordance with E.D. Mich. L.R. 7.1.

                                                    s/Laurie J. Michelson
                                                    Laurie J. Michelson
                                                    U.S. District Judge

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                  By: s/Amanda Chubb
                                                      Case Manager

Dated:   December 11, 2024