UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JOSEPH T. GALE,<br><br>    Petitioner,<br><br>v.<br><br>WARDEN FCI MILAN<br>(Eric Rardin),<br><br>    Respondent. | Case No. 24-13127<br>Honorable Laurie J. Michelson |

## JUDGMENT

In accordance with the opinion and order entered today, it is hereby ORDERED and ADJUDGED that Joseph T. Gale's petition for a writ of habeas corpus is GRANTED IN PART.

Dated this 16th day of January 2025 in Detroit, Michigan.

                                      KINIKIA ESSIX
                                      CLERK OF THE COURT

                                      By: s/Donald Peruski
                                            DEPUTY COURT CLERK

APPROVED:

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE

Dated: January 16, 2025